# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 12, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153684

ROBERT HEXIMER,

      Plaintiff,

v

ATTORNEY GRIEVANCE COMMISSION,

      Defendant.

_____

SC: 153684
AGC: 3774-06

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of May 25, 2016, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 12, 2016

jam



Clerk